## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTER DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BATASKI BAILEY, *pro se* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 2:20-cv-00863-MHH |
| | ) |
| REGIONS BANK; and | ) |
| CITIZENS TRUST BANK; and | ) |
| McBRYAN, LLC; and | ) |
| TRANS UNION LLC | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Bataski Bailey hereby gives notice,[1] pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, of his voluntary dismissal of this action, with prejudice, solely against Defendant Regions Bank, who has not yet served either an answer or motion for summary judgment, with costs taxed as paid.

Respectfully submitted this 21st day of August, 2020.

| | |
|---|---|
| *By Permission* | */s/ Jonathan P. Hoffmann* |
| */s/ Bataski Bailey* | Jonathan P. Hoffmann |
| Plaintiff, *Pro se* | BALCH & BINGHAM LLP |
| | Post Office Box 306 |
| | Birmingham, Alabama  35201-0306 |
| | Telephone (205) 226-8750 |
| | Facsimile (205) 488-5746 |
| | |
| | *ATTORNEY FOR REGIONS BANK* |

---

[1] Regions Bank files this Notice by the specific request of Plaintiff, who lacks the level of access to the Court's CM/ECF filing system as Regions. Plaintiff has reviewed this Notice, drafted at Plaintiff's request, prior to filing.

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will give notice to all counsel of record on this the 21st day of August, 2020.

                                        */s/ Jonathan P. Hoffmann*
                                        Of Counsel