# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BATASKI BAILEY,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:20-cv-00863-MHH |
| **REGIONS BANK, et al.,** | } |
| **Defendants.** | } |

## ORDER

Plaintiff Bataski Bailey has filed a Notice of Voluntary Dismissal with Prejudice as to Defendant Regions Bank, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 20). Regions Bank has not filed an answer or a motion for summary judgment. Although plaintiff's notice is self-executing, the Court enters this Order to ask the Clerk to please terminate Defendant Regions Bank in this action. This dismissal does not affect any of plaintiff's remaining claims.

**DONE** and **ORDERED** this August 24, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE